# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| Donna M. Ray, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 5:22-cv-00106-KDB-DSC |
| | ) | |
| vs. | ) | |
| | ) | |
| Ashley S. Sterchi | ) | |
| Iredell Health System, | ) | |
| | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 31, 2023 Text-Only Order.

March 31, 2023

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court